UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Honorable Howard R. Tallman

In re: )
)
ANN MARILYN LEMBERG, a/k/a Anna ) Case No. 08-24668 HRT
Baranovka, )
) Chapter 13
Debtor. )

## JUDGMENT

This case comes before the Court on Creditor Mutual of Omaha Bank's Motion to Dismiss Bankruptcy (docket #178).

The issues have been determined and a decision has been rendered. In accordance with the Order issued by this Court concurrently herewith,

**IT IS ORDERED AND ADJUDGED** that Mutual of Omaha Bank's *Motion to Dismiss Bankruptcy* (docket #178) is GRANTED and this case is hereby DISMISSED.

Dated this 22nd day of July, 2009.

FOR THE COURT:

Bradford L. Bolton, Clerk

By: /s/ Tom Lane
        Deputy

APPROVED AND ACCEPTED:

By: *Howard Tallman*
Howard R. Tallman, Chief Judge
United States Bankruptcy Court