

08-24668

6782 South Potomac Street
Suite 100
Centennial, CO  80112
866.662.9087

United States Bankruptcy Courts
**District of Colorado**
**721 19th ST**
**Denver, CO 80202**

HRT

**August 3, 2010**

To Whom It May Concern:

Effective June 25, 2010, LCS Financial Services is pleased to announce our new location and contact information:

| | |
|---|---|
| **Address:** | LCS Financial Services<br>6782 South Potomac Street, Suite 100<br>Centennial, CO 80112<br>866-662-9087 Option # 1 |
| **Old Address:** | LCS Financial Services<br>6560 Greenwood Plaza Blvd, Suite 325 & Suite 375<br>Englewood, CO 80111 |

In the additional page(s) we have included the case # for all cases in this district.

Please send any future correspondence to the above address.  If you should have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Rita Long

**Bankruptcy Department:**

1



6782 South Potomac Street
Suite 100
Centennial, CO 80112
866.662.9087

Case # 08- 24668, Ann Lemberg